In the Matter of the Proposed Changes in the Map or Plan of THE CITY OF NEW YORK, so as to Establish or Change the Lines and Grades of Fiftieth Street, etc. THE NEW YORK, BROOKLYN AND MANHATTAN BEACH RAILWAY COMPANY and THE LONG ISLAND RAILROAD COMPANY, Appellants; THE CITY OF NEW YORK, Respondent. (No. 1.) — Decision and determination of the board of estimate and apportionment confirmed, with costs. The hearing before the board appears to have been quite informal, and the evidence presented thereat rather meagre; but there was a hearing, at which the appellants had an opportunity to be heard; that at such hearing they presented certain proof in the form of an affidavit; and that the hearing was closed without protest on their part and without a request to present further proof. We think, therefore, that the action of the board must be sustained. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

In the Matter of the Proposed Changes in the Map or Plan of THE CITY OF NEW YORK, so as to Establish or Change the Lines and Grades of Fifty-first Street, etc. THE NEW YORK, BROOKLYN AND MANHATTAN BEACH RAILWAY COMPANY and THE LONG ISLAND RAILROAD COMPANY, Appellants; THE CITY OF NEW YORK, Respondent. (No. 2.) — Decision and determination of the board of estimate and apportionment of the city of New York reversed upon the law and the facts, with costs, and matter referred back to the board for further hearing. We are of opinion that the evidence presented was insufficient to sustain the finding of the board of estimate that a present necessity for a new crossing at Fifty-first street was shown, in view of the fact that there is now a bridge crossing over the railroad at Fifty-second street and that the resolution for a crossing bridge at Fiftieth street has been approved. Kelly, P. J., Jaycox, Manning and Young, JJ., concur; Kapper, J., dissents on the ground that it appearing that due notice of hearing was given and a hearing had, the finding of the board of estimate and apportionment that the improvement was necessary is conclusive on this court.

In the Matter of a Proposed Change in the Map and Plan of THE CITY OF NEW YORK, so as to Change the Lines and Grades, etc., of Voorhies Avenue, etc. THE LONG ISLAND RAILROAD COMPANY, THE NEW YORK, BROOKLYN AND MANHATTAN BEACH RAILWAY COMPANY and NEW YORK RAPID TRANSIT CORPORATION, Appellants; THE CITY OF NEW YORK, Respondent. (No. 3.) — Decision and determination of the board of estimate and apportionment of the city of New York reversed upon the law and the facts, with costs, and matter referred back to the board for further hearing. We are of opinion that the evidence presented was insufficient to sustain the action of the board of estimate. In addition to this, it appears that the acting chief engineer of the board of estimate and apportionment reported adversely upon the application. Kelly, P. J., Jaycox, Manning and Young, JJ., concur; Kapper, J., dissents for the reasons stated in *Matter of City of New York, 51st Street, No. 2 (ante, 779)*, herewith decided.